# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH EX REL. SHAWN MICHAEL SIMMS, | : | No. 26 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, SUPERINTENDENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.